UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jeffrey Merrill

   v.

                                          Civil No. 12-397-JD

United States of America


PROCEDURAL ORDER

The movant has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct the sentence ordered by the court following the movant's conviction in United States v. Jeffrey Merrill, Criminal 10-cr-110-JD and 10-cr-111-JD.  The court has reviewed the motion.

The court orders the United States Attorney to file an answer within thirty (30) days of the date of this order, which answer shall provide a detailed response, with appropriate references to the record when necessary, to each claim asserted by the movant.


   SO ORDERED.

                                                    Joseph A. DiClerico, Jr.
                                                    District Judge

October 23, 2012

cc:  Seth Aframe, Esquire
     Jeffrey Merrill #12122-049, pro se
     United States Attorney