UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Jeffrey Merrill</u>

v.                                    Civil No. 12-cv-397-JD

<u>USA</u>



<u>O R D E R</u>

On November 5, 2012, Petitioner Merrill filed a Verified Motion for Hearing Pursuant to

§2255 Rules:   Rule 8.   As an attachment to that filing, Petitioner Merrill attached 2 pages from

the Presentence Investigation Report filed in his criminal cases.   As the Presentence Investigation

Report is not a public document, those attachments are to be sealed and only available

electronically to case participants.


SO ORDERED.



November 7, 2012                          <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge


cc:   Jeffrey Merrill, pro se
      Seth Aframe, Esq.